THE PEOPLE OF THE STATE OF NEW YORK, ex rel. VERNON BAGBY, Appellant, v THOMAS A. COUGHLIN III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents.

The petitioner has been released from custody, and is therefore not entitled to the extraordinary relief of habeas corpus *(see, People ex rel. Julio v Walters,* 58 NY2d 881; *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Kitchen v Sullivan,* 121 AD2d 415). Thompson, J. P., Bracken, Brown and Kunzeman, JJ., concur.